IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 11-2988 MJ |
| | ) | |
| MOHAMMED SHIHADEN AMIN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon the joint motion of the United States and the Defendant, by and through its attorney Richard Goldman, and the Defendant, and finding in accordance with 18 U.S.C. § 3161 that, for the reasons set forth in the parties' joint motion, the ends of justice served by this continuance outweigh the best interests of the public and the Defendant in a speedy trial; it is hereby,

ORDERED that the time period to charge this matter by indictment or information be continued 30 days, hereby extending such time until no earlier than February 22, 2012, not including any time otherwise excludable under 18 U.S.C. § 3161, the Federal Rules of Criminal Procedure, or any other law. It also is hereby further

ORDERED that the Post-Indictment Arraignment hearing currently set for January 23, 2012 be continued until February 27, 2012 at 8:30, given the new February 22, 2012 deadline to charge this matter by indictment or information.

The Honorable ~~Patrick J. Walsh~~ Stephen J. Hillman
United States Magistrate Judge

Date: 1-4-12
Los Angeles, California

## CERTIFICATE OF SERVICE

I hereby certify that on this __3rd__ day of January, 2012, I filed the foregoing with the Clerk of Court and sent a true and correct copy via e-mail to the following:

Richard Goldman, Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4202
Richard_Goldman@fd.org

By: _____
Paul M. Rosen
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue
Washington, D.C. 20530
Phone: (202) 353-7696
Fax: (202) 514-0152
Paul.Rosen@usdoj.gov